# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SERGEI KOVALEV, | : | No. 51 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| IRINA STEPANSKY, DMD; JOHN DOE; | : | |
| HEALTH PARTNERS PLANS, INC.; | : | |
| WILLIAM S. GEORGE; AVESIS | : | |
| INCORPORATED; CHRIS SWANKER, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 30th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.